AUSA: Jeremiah Smith Telephone: (313) 226-9100

AO 91 (Rev. 11/11) Criminal Complaint Special Agent: Austin Dawn Telephone: (313) 202-3400

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

United States of America
v.
Christian Calhoun

Case No. 26-mj-30695

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of November 1, 2026 in the county of Wayne in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Austin Dawn, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

*Judge's signature*

Date: November 3, 2026

City and state: Detroit, MI

Hon. Elizabeth A. Stafford, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Austin Dawn, being first duly sworn, hereby state:

## INTRODUCTION

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF). I am an "investigative or law enforcement officer of the United States" within the meaning of 18 U.S.C. § 2510(7), and I am empowered by law to conduct investigations and make arrests of offenses enumerated under federal law.

2. I have been an ATF Special Agent since November 2023. I am currently assigned to the Gun Violence Task Force (GVTF), which was established by the Oakland County Sheriff's Office and the ATF. Additionally, I am a member of the ATF Detroit Field Division, Group II, Crime Gun Enforcement Team. I have had extensive law enforcement training, including the Criminal Investigator Training Program at the Federal Law Enforcement Training Center and ATF Special Agent Basic Training.

3. During my employment with ATF, I have participated in investigations of criminal violations relating to firearms, machinegun conversion devices, violent crimes, and controlled substances. I have participated in various aspects of criminal investigations, including interviews, physical surveillance, and obtaining and executing search warrants. I am familiar with and have employed various

investigative methods, including electronic surveillance, visual surveillance, and search warrants.

4. I make this affidavit from personal knowledge based on my participation in this investigation, including review of video and reports conducted by myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience.

5. The ATF is currently investigating Christian CALHOUN, (DOB: XX/XX/1986), for violations of 18 U.S.C. § 922(g)(1) (Felon in Possession of a Firearm). Specifically, there is probable cause to believe that CALHOUN, a convicted felon, possessed a loaded Windham Weaponry WW-CF 5.56 caliber rifle, on November 1, 2026, in the Eastern District of Michigan.

## PROBABLE CAUSE

### Prohibited Status

6. A search of the Law Enforcement Information Network (LEIN) revealed:

a. On April 15, 2005, in the 38th Circuit Court, MI, CALHOUN pleaded guilty to felony stolen property- receiving/ concealing, and two counts of felony breaking entering a vehicle with damage. He was sentenced to 17 months to 5 years in prison.

b. On January 25, 2006, in the 3rd Circuit Court, MI, CALHOUN pleaded guilty to unarmed robbery.

c. On June 13, 2022, in the Eastern District of Michigan, CALHOUN pleaded guilty to felon in possession of a firearm. He was sentenced to 18 months in prison and 24 months supervised release.

d. On April 6, 2023, in the 3rd Circuit Court, MI, CALHOUN pleaded nolo contendre to felony firearm. He was sentenced to two years in prison.

7. Based on my training and experience, when defendants plead guilty to a felony, they are advised that they are doing so and are warned of the maximum penalty. Based on CALHOUN's numerous state convictions, his prior federal conviction of felon in possession of a firearm, and the time he has spent incarcerated, there is probable cause to believe that CALHOUN is aware of his status as a convicted felon.

**November 1, 2026**

8. On November 1, 2026, at approximately 10:35 p.m., Detroit Police Department (DPD) officers were patrolling near W. Chicago and Schaefer Ave. when they entered the parking lot of a liquor store at 13555 W. Chicago Street. The liquor store is a Project Green Light location.

9. While doing so, one of the officers saw CALHOUN retrieve a firearm from a silver Chevy Impala and begin to walk towards the entrance of the liquor store. CALHOUN appeared to look in the officers' direction as they approached. He then discarded the firearm by the Impala. CALHOUN then entered the store.

10. One officer quickly recovered a Windham Weaponry WW-CF 5.56 caliber rifle from the front of the Impala. Others entered the store to detain CALHOUN. As officers approached CALHOUN, he stated to the store clerk, "I'm about to go to jail." While being handcuffed, CALHOUN also stated, "I already know what it is." When asked what he had been doing, CALHOUN replied, "I was coming to kill something." While being escorted to the patrol car, CALHOUN stated, "the gun in my girl's name…she registered, all that shit, I just grabbed it out of the car."

11. Officers ran CALHOUN in LEIN and learned he did not possess a valid CPL and had multiple felony convictions. CALHOUN was arrested and transported to the Detroit Detention Center. While there, CALHOUN repeatedly told officers that, when he's released, he is going to put people "in body bags."

12. I reviewed the Green Light footage from the liquor store. At approximately 10:30 p.m., CALHOUN can be seen retrieving the recovered Windham Weaponry WW-CF 5.56 caliber rifle firearm from the Impala and then walking towards the liquor store. (See Images 01 and 02).

Image 01



Image 02



**Nexus**

13. On November 2, 2026, I provided ATF Interstate Nexus expert Richard Cousins with a verbal description of the recovered firearm. Based on Special Agent Cousins's training and experience, the Windham Weaponry WW-CF 5.56 caliber rifle was manufactured outside the state of Michigan and is a firearm as defined under 18 U.S.C. § 921(a)(3). Thus, the firearm had traveled in and affected interstate or foreign commerce.

**CONCLUSION**

14. There is probable cause to believe that convicted felon Christian CALHOUN knowingly committed violations of 18 U.S.C. § 922(g)(1) (Felon in

Possession of a Firearm) within the Eastern District of Michigan on November 1, 2026.

Respectfully submitted,

Austin Dawn, Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to before me and signed in my presence and/or by reliable electronic means

Hon. Elizabeth A. Stafford
United States Magistrate Judge